# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | 2:03-cr-00398-R |
| Galeb Mizyed, et al <br><br> DEFENDANT(S). | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

January 21, 2022
Date

Christina A. Snyder
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____
Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:02-cr-00003 CAS    and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____.
This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (03/21)       **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)**